[No. 42407-6-I.    Division One.    November 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
TORRES-VELAZQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-05717-1, Jim Street, J., entered February
27, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43087-4-I.    Division One.    November 1, 1999.]

THE CITY OF SEATTLE, *Appellant*, v. PUBLIC EMPLOYMENT
RELATIONS COMMISSION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-30963-8, Faith Ireland, J., entered July 2,
1998. *Reversed* by unpublished opinion per Grosse, J.,
concurred in by Baker and Becker, JJ.

[No. 42104-2-I.    Division One.    November 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SOKUN MAM,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-05492-1, Richard M. Ishikawa, J., entered
January 12, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 43405-5-I.    Division One.    November 1, 1999.]

RHYS A. STERLING, *Appellant*, v. FOREST PRACTICES
APPEALS BOARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-03190-5, Robert H. Alsdorf, J., entered
September 14, 1998. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Baker and Cox, JJ.